# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3812

_____

STACEY RUSSO,

    Appellant,

v.

BOCA RATON COMMUNITY HOSP
and PMA MANAGEMENT CORP,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident:  November 14, 2014.

March 29, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellees.